# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

                                                    Case No. 6:22-bk-2476-GER

FILEINE CHERY,
        Debtor.
_____/

ADDITION FINANCIAL CREDIT UNION,
Plaintiff,                                      Adv. No. 6:22-ap-94-GER

v.

FILEINE CHERY,
Defendant,
_____/

## **ANSWER TO COMPLAINT (Adv. Doc 1)**

      COMES NOW, FILEINE CHERY, Defendant in the above-styled case, by and through her undersigned attorney, and files this Answer to the Complaint (Adv. Doc 1) as follows:

1. The Defendant ADMITS the allegations contained in Paragraph 1of the Complaint.

2. The Defendant is without knowledge as to the allegations contained in Paragraph 2 of the Complaint and would demand strict proof thereof.

3. The Defendant ADMITS the allegations contained in Paragraph 3 of the Complaint.

4. The Defendant ADMITS the allegations contained in Paragraph 4 of the Complaint.

5. The Defendant ADMITS the allegations contained in Paragraph 5 of the

Complaint.

6. The Defendant DENIES the allegations contained in Paragraph 6 of the Complaint.

7. The Defendant DENIES the allegations contained in Paragraph 7 of the Complaint.

8. The Defendant DENIES the allegations contained in Paragraph 8 of the Complaint.

9. The Defendant DENIES the allegations contained in Paragraph 9 of the Complaint.

10. The Defendant ADMITS the allegations contained in Paragraph 10 of the Complaint.

11. The Defendant ADMITS the allegations contained in Paragraph 11 of the Complaint.

12. The Defendant DENIES the allegations contained in Paragraph 12 of the Complaint.

13. The Defendant DENIES the allegations contained in Paragraph 13 of the Complaint.

14. The Defendant DENIES the allegations contained in Paragraph 14 of the Complaint.

15. The Defendant DENIES the allegations contained in Paragraph 15 of the Complaint.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer has been furnished by Electronic and/or U.S. Mail first class postage prepaid this 17th day of January 2023 to J. Blair Boyd, Esq., Sorenson Van Leuven, PLLC, bk@svllaw.com

/s/ STEPHEN R. CAPLAN
STEPHEN R. CAPLAN, ESQ.
Florida Bar No. 835153
31 N. Hyer Ave.
Orlando, FL 32801
Phone: (407) 872-6249
Fax: (407) 425-1501
Attorney for Defendant