**ORDERED.**

**Dated: July 24, 2023**

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 6:22-bk-02476-GER |
| FILEINE CHERY, | CHAPTER 13 |
| Debtor. _____/ | |
| ADDITION FINANCIAL CREDIT UNION, | Adversary Pro. No.: 6:22-ap-00094-GER |
| Plaintiff, | |
| vs. | |
| FILEINE CHERY, | |
| Defendant. _____/ | |

**CONSENT FINAL JUDGMENT**

This Adversary Proceeding is before the Court upon the Complaint (Doc. 1), the Motion to Approve Compromise (Doc. 11), and the Order Granting Motion to Approve Compromise (Doc. 14) it is

ORDERED AND ADJUDGED:

1. The debt owed by Defendant, FILEINE CHERY, to Plaintiff, ADDITION FINANCIAL CREDIT UNION, for Count I: Principal in the amount of $49,864.01; for Count II:

Principal in the amount $57,044.48, in Bankruptcy Case Number 6:22-bk-02476-GER is nondischargeable.

2.   Plaintiff, ADDITION FINANICAL CREDIT UNION, shall recover of the Defendant, FILEINE CHERY, for Count I: the sum of $49,864.01, with interest at the federal rate of 5.52%; for Count II: the sum of $57,044.48, plus attorney fees in the amount of $2,000 and costs in the amount of $360, making a total of $59,764.48, with interest at the federal rate of 5.52%.

The parties consent to the form and entry of this Consent Final Judgment.

The Court reserves jurisdiction to enforce the Settlement Agreement agreed to by the Parties in this matter.

_____
Fileine Chery
4868 Cason Cove Dr., Apt. 104
Orlando, FL 32811
*Debtor/Defendant*

_____
John Blair Boyd, Esq.
Fla. Bar No. 28840
Sorenson Van Leuven Law Firm
PO Box 3637
Tallahassee, FL 32315-3637
*Attorneys for Plaintiff, Addition Financial Credit Union*

Attorney J. Blair Boyd is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.